| AO 10<br>Rev. 1/2021 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2020 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>RAGGI, REENA | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br><br>05/04/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>UNITED STATES CIRCUIT JUDGE | **5a. Report Type (check appropriate type)**<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | WILLIAM NELSON CROMWELL FOUNDATION, NEW YORK, NEW YORK |
| 2. EMPLOYEE-PROFESSOR | NEW YORK UNIVERSITY LAW SCHOOL |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | NEW YORK UNIVERSITY LAW SCHOOL - SALARY | $30,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | SEYFARTH SHAW LLP LAW OFFICE W-2 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. CITIBANK CHECKING ACCOUNT | A | Interest | O | T | | | | | |
| 2. CITI PERSONAL WEALTH MANAGEMENT | | | | | | | | | |
| 3. -BARCLAYS BK DEL RETAIL CTF DEP 3A2 3.050% 12/21/20 | C | Interest | | | Redeemed | 12/21/20 | M | | |
| 4. -GOLDMAN SACHS BK USA NEW YORK CTF DEP ACT/365 2.40% 06/19/19 | B | Interest | M | T | | | | | |
| 5. CITI PERSONAL WEALTH RETIREMENT PLANS-IRA | | | | | | | | | |
| 6. -COCA COLA ENTERPRISE INC NOTES-ZERO CPN CORPORATE BONDS | B | Interest | | | Redeemed | 06/22/20 | M | F | |
| 7. -PUTNAM SHORT DURATION BOND FUND CLASS A | D | Interest | O | T | | | | | |
| 8. -CASH ACCOUNT-CITIBANK BANK DEPOSIT PROGRAM | A | Interest | M | T | | | | | |
| 9. CHARLES SCHWAB-CONTRIBUTORY IRA-HIGHTOWER ADVISORS LLC | | | | | | | | | |
| 10. -CASH ACCOUNT | A | Interest | K | T | | | | | |
| 11. -ISHARES BARCLAYS 1-3 YEARS CRED SHORT TERM BOND FUND | B | Dividend | L | T | | | | | |
| 12. -VANGUARD BOND INDEX FUND | C | Dividend | L | T | | | | | |
| 13. -CALVERT SHORT DURATION INC A MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 14. -DELAWARE LTD-TERM DIVERS INC A MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 15. -PIMCO TOTAL RETURN A MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 16. -VIRTUS MULTI-SECTOR S/T BD A MUTUAL FUNDS | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -TEMPLETON GLOBAL BD FD A | B | Dividend | K | T | | | | | |
| 18. -TEMPLETON GLOBAL TOTAL RET A | B | Dividend | K | T | | | | | |
| 19. -GUGGENHEIM S&P 500 EQUAL EFT | B | Dividend | L | T | | | | | |
| 20. CHARLES SCHWAB-HIGHTOWER SECURITIES, LLC | | | | | | | | | |
| 21. -FIDELITY GOVT MMKT CAPITAL RESERVES | A | Dividend | M | T | | | | | |
| 22. -FIEDELITY NY MUNI MONEY MARKET | A | Dividend | N | T | | | | | |
| 23. -GENERAL ELECTRIC CO | A | Dividend | J | T | | | | | |
| 24. -PFIZER INC | B | Dividend | K | T | | | | | |
| 25. -METROPOLITAN TRANSN AUTH N Y REV FOR-11/15/2026 | B | Int./Div. | K | T | | | | | |
| 26. -METROPOLITAN TRANSN AUTH N Y REV FOR-11/15/2023 | B | Interest | L | T | | | | | |
| 27. -METROPOLITAN TRANSN AUTH NY REV TRANS-11/15/2028 | B | Interest | K | T | | | | | |
| 28. -NEW YORK ST TWY AUTH GEN REV GEN REV-01/01/2032 | B | Interest | K | T | | | | | |
| 29. -NEW YORK N Y GO BDS SER B 4.00% 08/01/2022 | A | Interest | K | T | | | | | |
| 30. -NEW YORK ST TWY AUTH ST PERS INCOME TAX 3.125 03/15/2025 | B | Interest | | | Redeemed | 09/15/20 | L | | |
| 31. -NEW YORK ST DORM AUTH REVS NON ST 3.00% 07/01/2028 | B | Interest | L | T | | | | | |
| 32. -ALBANY CNTY N Y ARPT AUTH ARPT REV REV 3.00% 12/15/2028 | B | Interest | L | T | | | | | |
| 33. -MONROE CNTY N Y PUB IMPT SERIAL BDS 3.00% 06/01/2029 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34.  -METROPOLITAN TRANSN AUTH N Y DEDICATED 11/15/2030 | A | Interest | K | T | | | | | |
| 35.  -TRIBOROUGH BRDG & TUNL AUTH N Y REVS 11/15/2030 | A | Interest | K | T | | | | | |
| 36.  -NEW YORK N Y CITY TRANSITIONAL FIN 5.00% 05/01/2034 | B | Interest | K | T | | | | | |
| 37.  -METROPOLITAN TRANSN AUTH N Y REV REF 4.00% 11/15/2034 | B | Interest | L | T | | | | | |
| 38.  -HUDSON YDS INFRASTRUCTURE CIRO 5.00% 02/15/2037 | B | Interest | L | T | | | | | |
| 39.  -CALVERT SHORT DURATION INC CL A-MUTUAL FUNDS | B | Dividend | L | T | | | | | |
| 40.  -INVESCO ROCHESTER LMTD TM NY C-MUTUAL FUND | C | Dividend | L | T | | | | | |
| 41.  -MAINSTAY HIGH YIELD CORP CLASS C-MUTUAL FUND | C | Dividend | L | T | | | | | |
| 42.  -PGIM SHORT-TERM CORP BOND CL A-MUTUAL FUND | B | Dividend | K | T | | | | | |
| 43.  -PGIM SHORT-TERM CORP BOND CL C-MUTUAL FUND | A | Dividend | K | T | | | | | |
| 44.  -VIRTUS NEWFLEET LOW DUR CORE PLUS BD A-MUTUAL FUND | A | Dividend | J | T | | | | | |
| 45.  -VIRTUS NEWFLEET LOW DUR CORE PLUS BD C-MUTUAL FUND | A | Dividend | K | T | | | | | |
| 46.  -VIRTUS NEWFLEET MLT SECTOR SH TERM BD A-MUTUAL FUND | B | Dividend | L | T | | | | | |
| 47.  -VIRTUS NEWFLEET MLT SECTOR SH TERM BD C1-MUTUAL FUND | B | Dividend | K | T | | | | | |
| 48.  -WELLS FARGO SHORT TERM MUNI BD A-MUTUAL FUND | A | Dividend | L | T | | | | | |
| 49.  -WELLS FARGO SHORT TERM MUNI BOND FUND C-MUTUAL FUND | A | Dividend | K | T | | | | | |
| 50.  CHARLES SCHWAB ONE ACCOUNT | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. CHARLES SCHWAB-INHERITAD IRA | | | | | | | | | |
| 52. -FIDELITY PURITAN FUND | A | Dividend | K | T | | | | | |
| 53. MANUFACTURES AND TRADERS TRUST COMPANY-CERTIFICATE OF DEPOSIT | B | Interest | M | T | | | | | |
| 54. UBS FINANCIAL SERVICES INC IRA ROLLOVER | | | | | | | | | |
| 55. -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 56. -ISHARES CORE S&P SMALL-CAP ETF | A | Interest | K | T | Buy (add'l) | 04/27/20 | J | | |
| 57. -ISHARES MSCI EAFE ETF | B | Interest | K | T | | | | | |
| 58. -ISHARES MSCI EAFE SMALL CAP ETF | A | Interest | K | T | Buy | 12/14/20 | K | | |
| 59. -ISHARES CORE MSCI EAFE ETF | B | Interest | M | T | Buy (add'l) | 03/20/20 | K | | |
| 60. -ISHARES CORE MSCI EMERGING MARKETS ETF | B | Interest | L | T | | | | | |
| 61. -VANGUARD VALUE ETF | B | Interest | L | T | Buy (add'l) | 09/24/20 | K | | |
| 62. -VANGUARD MID-CAP ETF | B | Interest | L | T | Buy (add'l) | 06/10/20 | K | | |
| 63. -VANGUARD GROWTH ETF | B | Interest | L | T | Redeemed (part) | 09/02/20 | K | D | |
| 64. -VANGUARD TOTAL WORLD STK ETF | A | Interest | K | T | Buy | 06/19/20 | K | | |
| 65. -VANGUARD RUSSELL 2000 ETF | A | Interest | K | T | Buy | 12/14/20 | K | | |
| 66. -ISHARES IBOXX INVT GRADE CORPORATE BOND ETF | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 67. | -ISHARES 20 YEAR TREAS BOND ETF | A | Interest | J | T | Buy<br>(add'l) | 11/13/20 | J | | |
| 68. | -ISHARES BROAD USD INVT GRADE CORPORATE BOND ETF | B | Interest | L | T | Buy<br>(add'l) | 11/13/20 | K | | |
| 69. | -ISHARES JP MORGAN USD EMERGING MARKETS BOND ETF | B | Interest | K | T | Buy<br>(add'l) | 08/21/20 | J | | |
| 70. | -ISHARES BROAD USD HIGH YIELD BOND ETF | A | Interest | K | T | Buy<br>(add'l) | 03/03/20 | J | | |
| 71. | -PIMCO ENHANCED SHORT MAT ACTIVE ETF | A | Interest | | | Sold | 06/19/20 | K | | |
| 72. | -SCHWAB US TIPS ETF | A | Interest | J | T | | | | | |
| 73. | -VANECK VECTORS JP MORGAN EM LOCAL CURRENCY BOND ETF | A | Interest | J | T | | | | | |
| 74. | UBS FINANCIAL SERVICES INC IRA ROLLOVER | | | | | | | | | |
| 75. | -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 76. | -ESCROW LB PAR VALUE | A | Int./Div. | J | T | | | | | |
| 77. | -MAN-AHL DIVERSIFIED I CLASS B | A | Int./Div. | L | T | | | | | |
| 78. | UBS FINANCIAL SERVICES INC TRADITIONAL IRA | | | | | | | | | |
| 79. | -UBS BANK USA DEP ACCT | A | Interest | J | T | | | | | |
| 80. | -INVESCO OPPENHEIMER S&P SMALLCAP 600 REV ETF | A | Int./Div. | K | T | | | | | |
| 81. | -ISHARES CORE S&P SMALL-CAP ETF | A | Int./Div. | L | T | | | | | |
| 82. | -ISHARES GLOBAL ENERGY ETF | A | Int./Div. | J | T | | | | | |
| 83. | -ISHARES CORE MSCI EAFE ETF | C | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 84. | -ISHARES CORE MSCI EMERGING MARKETS ETF | B | Int./Div. | L | T | | | | | |
| 85. | -SCHWAB FUNDAMENTAL INTL LARGE CO INDEX EFT | B | Int./Div. | K | T | | | | | |
| 86. | -FIRST EAGLE OVERSEAS FUND CLASS I | A | Int./Div. | L | T | | | | | |
| 87. | -THE GABELLI GOLD FUND INC CLASSI | A | Int./Div. | J | T | | | | | |
| 88. | -VAN ECK GLOBAL HARD ASSETS CL Y | A | Int./Div. | J | T | | | | | |
| 89. | -MEDALLION BK UT US RATE 2.00% MAT 04/06/2021 | A | Interest | L | T | Buy | 12/22/20 | L | | |
| 90. | -ISHARES SHORT-TERM 1-5 CREDIT CORPORATE BOND ETF | B | Int./Div. | K | T | | | | | |
| 91. | -ISHARES IBONDS DEC 2020 TERM CORPORATE ETF | B | Int./Div. | | | Redeemed | 12/18/20 | L | A | |
| 92. | -ISHARES IBONDS DEC 2021 TERM CORPORATE ETF | A | Int./Div. | K | T | | | | | |
| 93. | -DOUBLE LINE TOTAL RETURN FUND INSTL | C | Int./Div. | L | T | | | | | |
| 94. | -DREYFUS INTERNATIONAL BOND FUND CL 1 BNY MELLON INTERNATIONAL | B | Int./Div. | | | Redeemed | 06/15/20 | K | A | |
| 95. | -JPMORGAN STRATEGIC INCOME OPPORTUNITIES FUND CLASS 1 | B | Int./Div. | L | T | | | | | |
| 96. | -LORD ABBETT BOND DEBENTURE FUND CLASS F | B | Int./Div. | K | T | | | | | |
| 97. | -METROPOLITAN WEST TOTAL RETURN BOND FUND CLASS 1 | B | Int./Div. | K | T | | | | | |
| 98. | -PIMCO TOTAL RETURN FUND CLASS 12 | B | Int./Div. | K | T | | | | | |
| 99. | -VOYA INTERMEDIATE BOND FUND CLASS 1 | B | Int./Div. | | | Sold | 03/16/20 | M | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. MERRILL LYNCH-RAMIREZ WEALTH MANAGEMENT | | | | | | | | | |
| 101. -CASH/MONEY ACCOUNTS - BANK OF AMERICA | A | Interest | J | T | | | | | |
| 102. -GNA P001381M | A | Interest | J | T | | | | | |
| 103. -GNM P0014893M | A | Interest | J | T | | | | | |
| 104. UBS FINANCIAL SERVICES INC ACCOUNT | | | | | | | | | |
| 105. -UBS BANK USA DEP ACCT/MMF YIELD | A | Interest | M | T | | | | | |
| 106. -ISHARES RUSSELL 2000 ETF | A | Interest | J | T | | | | | |
| 107. -ISHARES RUSSELL 1000 VALUE ETF | A | Interest | K | T | | | | | |
| 108. -ISHARES RUSSELL 1000 GROWTH ETF | A | Interest | K | T | | | | | |
| 109. -ISHARES CORE MSCI EAFE ETF | A | Interest | J | T | | | | | |
| 110. -ISHARES BONDS DEC 2020 TERM CORPORATE ETF | B | Interest | | | Sold | 12/18/20 | K | A | |
| 111. -JPMORGAN CHASE BANK NA BAR-MLCD SPX | B | Interest | | | Matured | 09/30/20 | M | E | |
| 112. -UBS SELECT GOVERNMANT INVESTOR FUND | A | Interest | | | Merged (with line 105) | 03/18/20 | L | | |
| 113. -VALLEY NATL BANK CERT OF DEPOSIT MAT 01/02/2020 | A | Interest | | | Matured | 01/01/20 | K | | |
| 114. -FLUSHING BANK NY US CERT OF DEPOSIT MAT 01/06/2020 | A | Interest | | | Matured | 01/06/20 | K | | |
| 115. -MEDALLION BK UT US CERT OF DEPOSIT MAT 01/10/2020 | A | Interest | | | Matured | 01/10/20 | K | | |
| 116. -HOMESTREET BANK WA US CERT OF DEPOSIT MAT 01/16/2020 | A | Interest | | | Matured | 01/16/20 | K | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 117. -TCF NATIONAL BANK SD US CERT OF DEPOSIT MAT 01/16/2020 | A | Interest | | | Matured | 01/16/20 | K | | |
| 118. -TRISTATE CAP BK PA US CERT OF DEPOSIT MAT 01/22/2020 | A | Interest | | | Matured | 01/22/20 | K | | |
| 119. -BMO HARRIS BK US CERT OF DEPOSIT MATURE 03/31/2021 | A | Interest | M | | Buy | 12/21/20 | M | | |
| 120. -VALLEY NATL BANK US CERT OF DEPOSIT MATURE 04/02/2021 | A | Interest | M | | Buy | 10/01/20 | M | | |
| 121. -MORGAN STANLEY PRV US CERT OF DEPOSIT MATURE 04/12/2021 | A | Interest | K | | Buy | 12/21/20 | K | | |
| 122. -TCF NATIONAL BANK SD US CERT OF DEPOSIT MATURE 04/08/2021 | A | Interest | M | | Buy | 12/04/20 | M | | |
| 123. -PINNACLE BANK TN US CERT OF DEPOSIT MATURE 04/21/2021 | A | Interest | M | | Buy | 09/01/20 | M | | |
| 124. -COMENITY CAP BK UT US CERT OF DEPOSIT MATURE 04/30/2021 | A | Interest | K | | Buy | 12/22/20 | K | | |
| 125. -STERNS BANK NA MN US CERT OF DEPOSIT MATURE 05/28/2021 | A | Interest | M | | Buy | 10/30/20 | M | | |
| 126. UBS FINANCIAL SERVICES INC TRADITIONAL IRA | | | | | | | | | |
| 127. -UBS BANK USA DEP ACCOUNT | A | Interest | J | T | | | | | |
| 128. -ACCENTURE PLC IRELAND CL A | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 129. -ADOBE INC | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 130. -ALPHABET INC CL A | A | Int./Div. | K | T | Buy | 03/18/20 | K | | |
| 131. -AMAZON.COM INC | A | Int./Div. | K | T | Buy | 03/18/20 | K | | |
| 132. -AMERICAN TOWER CORP REIT | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 133. -AMERIPRISE FINANCIAL INC | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 134.  -APPLE INC | A | Int./Div. | K | T | Buy | 09/22/20 | K | | |
| 135.  -COMCAST CORP NEW CL A | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 136.  -COSTCO WHOLESALE CORP | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 137.  -DANAHER CORP | A | Int./Div. | J | T | Buy | 04/13/20 | J | | |
| 138.  -DOLLAR GEN CORP NEW | A | Int./Div. | J | T | Buy | 12/08/20 | J | | |
| 139.  -FACEBOOK INC CL A | A | Int./Div. | K | T | Buy | 03/18/20 | K | | |
| 140.  -FIEDELITY NATL INFORMATION SVCS | A | Int./Div. | J | T | Buy | 12/08/20 | J | | |
| 141.  -HOME DEPOT INC | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 142.  -HONEYWELL INTL INC | A | Int./Div. | J | T | Buy | 06/09/20 | J | | |
| 143.  -INTERCONTINENTAL EXCHANGE GROUP | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 144.  -LAUDER ESTEE COS CL A | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 145.  -LOWES COMPANIES INC | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 146.  -MEDTRONICS PLC | A | Int./Div. | J | T | Buy | 04/13/20 | J | | |
| 147.  -MICROSOFT CORP | A | Int./Div. | K | T | Buy | 03/19/20 | K | | |
| 148.  -MONDELEZ INTL INC | A | Int./Div. | J | T | Buy | 04/14/20 | J | | |
| 149.  -O REILLY AUTOMOTIVE INC | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 150.  -PARKER HANNIFIN CORP | A | Int./Div. | J | T | Buy | 11/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **RAGGI, REENA** | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 151.  -ROCKWELL AUTOMATION INC NEW | A | Int./Div. | J | T | Buy | 03/18/20 | J | | |
| 152.  -SALESFORCE.COM INC | A | Int./Div. | J | T | Buy | 11/18/20 | J | | |
| 153.  -SHERWIN WILLIAMS CO | A | Int./Div. | J | T | Buy | 05/13/20 | J | | |
| 154.  -THERMO FISHER SCIENTIFIC INC | A | Int./Div. | J | T | Buy | 04/14/20 | J | | |
| 155.  -TJX COS INC NEW | A | Int./Div. | J | T | Buy | 06/09/20 | J | | |
| 156.  -UNITEDHEALTH GROUP INC | A | Int./Div. | K | T | Buy | 04/13/20 | K | | |
| 157.  -VISA INC CL A | A | Int./Div. | K | T | Buy | 11/18/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINES 100-103 REPRESENTS A 1/3 OWNERSHIP IN ACCOUNT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ REENA RAGGI**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544